# REQUIRED STATEMENT
## TO ACCOMPANY MOTIONS FOR RELIEF FROM STAY

All Cases:  Debtor(s) __John Frazier__   Case No. __15-23827__   Chapter __7__

All Cases:  Moving Creditor  __WELLS FARGO BANK, N.A.__   Date Case Filed __7/13/15__

Nature of Relief Sought:  __X__ Lift Stay   ___ Annul Stay   ___ Other (describe) _____

Chapter 13:  Date of Confirmation Hearing _____ or Date Plan Confirmed _____

Chapter 7:  ____ No-Asset Report filed on _____
            __X__ No-Asset Report not Filed, Date of Creditor's Meeting: __12/2/2015__

1. Collateral
   a. Home  __X__
   b. Car   ___    Year, Make and Model_____
   c. Other  _____

2. Balance Owed as of 12/29/2015: __$378,723.11__
   Total of all other Liens against Collateral: _____

3. In chapter 13 cases, if a post-petition default is asserted in the motion, attach a payment history listing the amounts and dates of all payments received from the debtor(s) post-petition.

4. Estimated Value of Collateral (must be supplied in *all* cases) __$250,000.00, per Debtor's Schedules.__

5. Default
   a. __X__  Total Default as of 12/29/2015
      Number of months __25__   Amount __$65,944.64__

   b. ___ Post-Petition Default
      i.  ___ On direct payments to the moving creditor
          Number of months _____   Amount _____

      ii. ___ On payments to the Standing Chapter 13 Trustee
          Number of months _____   Amount _____

6. Other Allegations
   a. ___ Lack of Adequate Protection § 362(d)(1)
      i.   ___ No insurance
      ii.  ___ Taxes unpaid        Amount _____
      iii. ___ Rapidly depreciating asset
      iv.  ___ Other (describe)_____

   b. __X__ No Equity and not Necessary for an Effective Reorganization § 362(d)(2)

   c. ___ Other "Cause" § 362(d)(1)
      i.   ___ Bad faith (describe) _____
      ii.  ___ Multiple filings
      iii. ___ Other (describe)_____

   d. Debtor's Statement of Intention regarding the Collateral
      i.   __X__ Reaffirm        ii.  ___ Redeem
      iii. ___ Surrender         iv.  ___ No Statement of Intention Filed

Date: __1/5/2016__                              __/s/ Joel P. Fonferko__
                                                Counsel for Movant