**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 1

| Case No.: | 15-23827-PSH | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | FRAZIER, JOHN | Date Filed (f) or Converted (c): | 07/13/2015 (f) |
| For the Period Ending: | 6/30/2016 | §341(a) Meeting Date: | 08/19/2015 |
| | | Claims Bar Date: | 08/15/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| **Ref. #** | | | | | |
| 1  Primary Residence commonly known as 2064 Nichols, Lynwood, IL 60411 | $250,000.00 | $0.00 | | $0.00 | FA |
| 2  Investment property commonly known as 14327 Dobson Avenue, Dolton, IL 60419 | $25,000.00 | $0.00 | | $0.00 | FA |
| 3  Checking account with synergy credit union. | $400.00 | $0.00 | | $0.00 | FA |
| 4  Checking account with Bank of America | $2,500.00 | $2,500.00 | | $0.00 | $2,500.00 |
| 5  Savings Account with Bank of America. | $80.00 | $80.00 | | $0.00 | FA |
| 6  Household goods and furnishings | $1,000.00 | $0.00 | | $0.00 | FA |
| 7  Clothing and wearing apparel. | $500.00 | $0.00 | | $0.00 | FA |
| 8  Pension with Cook County | $0.00 | $0.00 | | $0.00 | FA |
| 9  2011 Chevrolet Traverse with 79,000 miles in fair condition. | $13,809.00 | $0.00 | | $0.00 | FA |
| 10  2008 Toyota Sequoia with 100,000 miles. | $15,907.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** statement reviewed - not scheduled as secured debt - should have been | | | | | |
| 11  Unscheduled 2015 Tax Refund (u) | $0.00 | $2,040.39 | | $11,263.00 | FA |
| **Asset Notes:** $9222.61 is Debtor's pro-rated portion & exemptions. | | | | | |

**TOTALS (Excluding unknown value)**                                                                                                                               **Gross Value of Remaining Assets**

| | $309,196.00 | $4,620.39 | | $11,263.00 | $2,500.00 |

**Major Activities affecting case closing:**

06/12/2016   2016 Reporting Period:

Asset Case - intercepted Debtor's 2015 tax refund and non-exempt funds in Debtor's bank account as of the filing date.

Trustee is in contact with Debtor's attorney regarding the non-exempt $2500.00 in Debtor's checking account, and will file motion for turnover if needed.

Claims bar date: 8/15/16

**Initial Projected Date Of Final Report (TFR):**   01/31/2017        **Current Projected Date Of Final Report (TFR):**        /s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 15-23827-PSH | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | FRAZIER, JOHN | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***5260 | Checking Acct #: | ******2701 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 7/1/2015 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 6/30/2016 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 05/12/2016 | | United States Treasury | Income Tax Refund | | * | $11,263.00 | | $11,263.00 |
| | {11} | | Estate portion of 2015 tax refund | $2,040.39 | 1224-000 | | | $11,263.00 |
| | {11} | | Debtor's pro-rated portion of 2015 tax refund | $5,293.61 | 1224-002 | | | $11,263.00 |
| | {11} | | Exempted portion of 2015 tax refund | $3,929.00 | 1224-002 | | | $11,263.00 |
| 05/25/2016 | 3001 | JOHN FRAZIER | Non Estate portion of Income Tax Refund | | 8500-002 | | $5,293.61 | $5,969.39 |
| 05/31/2016 | | Green Bank | Bank Service Fee | | 2600-000 | | $11.13 | $5,958.26 |
| 05/31/2016 | 3002 | JOHN FRAZIER | Exemptions | | 8100-002 | | $3,929.00 | $2,029.26 |
| 06/30/2016 | | Green Bank | Bank Service Fee | | 2600-000 | | $9.58 | $2,019.68 |

|  |  |  |
|---|---|---|
| TOTALS: | $11,263.00 | $9,243.32 | $2,019.68 |
| Less: Bank transfers/CDs | $0.00 | $0.00 | |
| Subtotal | $11,263.00 | $9,243.32 | |
| Less: Payments to debtors | $0.00 | $3,929.00 | |
| Net | $11,263.00 | $5,314.32 | |

**For the period of 7/1/2015 to 6/30/2016**

| | |
|---|---|
| Total Compensable Receipts: | $2,040.39 |
| Total Non-Compensable Receipts: | $9,222.61 |
| Total Comp/Non Comp Receipts: | $11,263.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $20.71 |
| Total Non-Compensable Disbursements: | $9,222.61 |
| Total Comp/Non Comp Disbursements: | $9,243.32 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 05/12/2016 to 6/30/2016**

| | |
|---|---|
| Total Compensable Receipts: | $2,040.39 |
| Total Non-Compensable Receipts: | $9,222.61 |
| Total Comp/Non Comp Receipts: | $11,263.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $20.71 |
| Total Non-Compensable Disbursements: | $9,222.61 |
| Total Comp/Non Comp Disbursements: | $9,243.32 |
| Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 15-23827-PSH | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | FRAZIER, JOHN | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***5260 | Checking Acct #: | ******2701 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 7/1/2015 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 6/30/2016 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $11,263.00 | $9,243.32 | $2,019.68 |

**For the period of 7/1/2015 to 6/30/2016**

| | |
|---|---|
| Total Compensable Receipts: | $2,040.39 |
| Total Non-Compensable Receipts: | $9,222.61 |
| Total Comp/Non Comp Receipts: | $11,263.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $20.71 |
| Total Non-Compensable Disbursements: | $9,222.61 |
| Total Comp/Non Comp Disbursements: | $9,243.32 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 07/13/2015 to 6/30/2016**

| | |
|---|---|
| Total Compensable Receipts: | $2,040.39 |
| Total Non-Compensable Receipts: | $9,222.61 |
| Total Comp/Non Comp Receipts: | $11,263.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $20.71 |
| Total Non-Compensable Disbursements: | $9,222.61 |
| Total Comp/Non Comp Disbursements: | $9,243.32 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ