**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 15-23827 |
| | § | |
| JOHN FRAZIER | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT**
**CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

David P. Leibowitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $287,316.00 | Assets Exempt: | $29,122.61 |
| Total Distributions to Claimants: | $6,202.99 | Claims Discharged Without Payment: | $36,011.39 |
| Total Expenses of Administration: | $3,789.21 | | |

3) Total gross receipts of $19,214.81 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $9,222.61 (see **Exhibit 2),** yielded net receipts of $9,992.20 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $449,384.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $3,789.21 | $3,789.21 | $3,789.21 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $40,900.15 | $42,120.38 | $42,120.38 | $6,202.99 |
| **Total Disbursements** | $490,284.15 | $45,909.59 | $45,909.59 | $9,992.20 |

    4). This case was originally filed under chapter 7 on 07/13/2015. The case was pending for 32 months.

    5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: <u>03/06/2018</u>         By:   <u>/s/ David P. Leibowitz</u>
                                                            Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| Checking account with Bank of America (8080) | 1129-000 | $293.06 |
| Savings Account with Bank of America (4766) | 1129-000 | $3,233.75 |
| 2015 Federal Tax Refund | 1224-000 | $11,263.00 |
| 2015 IL Tax Refund | 1224-000 | $563.93 |
| Bank of America Checking (2715) | 1229-000 | $1,400.95 |
| Bank of America Checking (3991) | 1229-000 | $215.04 |
| Bank of America Checking (5100) | 1229-000 | $244.38 |
| First Midwest Checking (8601) | 1229-000 | $140.20 |
| First National Checking (1075) | 1229-000 | $1,256.21 |
| IL Unclaimed Funds (6399371) | 1229-000 | $354.29 |
| PNC Checking (1862) | 1229-000 | $250.00 |
| **TOTAL GROSS RECEIPTS** | | **$19,214.81** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT PAID |
|---|---|---|---|
| JOHN FRAZIER | Exemptions | 8100-002 | $3,929.00 |
| JOHN FRAZIER | Funds to Third Parties | 8500-002 | $5,293.61 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$9,222.61** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Caliber Home Loans, In | 4110-000 | $110,911.00 | $0.00 | $0.00 | $0.00 |
| | Cook County Treasurer | 4110-000 | $15,000.00 | $0.00 | $0.00 | $0.00 |
| | Up2drive | 4110-000 | $13,884.00 | $0.00 | $0.00 | $0.00 |
| | Wells Fargo Hm Mortgag | 4110-000 | $309,589.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | **$449,384.00** | **$0.00** | **$0.00** | **$0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David P. Leibowitz, Trustee | 2100-000 | NA | $1,749.22 | $1,749.22 | $1,749.22 |
| David P. Leibowitz, Trustee | 2200-000 | NA | $19.46 | $19.46 | $19.46 |
| Green Bank | 2600-000 | NA | $122.19 | $122.19 | $122.19 |
| Lakelaw, Attorney for Trustee | 3110-000 | NA | $1,895.00 | $1,895.00 | $1,895.00 |
| Lakelaw, Attorney for Trustee | 3120-000 | NA | $3.34 | $3.34 | $3.34 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $3,789.21 | $3,789.21 | $3,789.21 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**
NONE

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Illinois Department of Revenue | 5800-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Internal Revenue Service | 5800-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-900 | $123.00 | $620.08 | $620.08 | $620.08 |
| 2 | Capital One Bank (USA), N.A. | 7100-900 | $59.00 | $256.41 | $256.41 | $256.41 |
| 3 | Democracy Capital Successor in Interest to America | 7200-000 | $40,624.15 | $41,243.89 | $41,243.89 | $5,326.50 |
| | First National Bank | 7100-000 | $94.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $40,900.15 | $42,120.38 | $42,120.38 | $6,202.99 |

Case 15-23827   Doc 52   Filed 03/14/18   Entered 03/14/18 14:52:02   Desc Main
Document      Page 5 of 11

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No: 1   Exhibit 8

| Case No.: | 15-23827-PSH | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | FRAZIER, JOHN | Date Filed (f) or Converted (c): | 07/13/2015 (f) |
| For the Period Ending: | 3/6/2018 | §341(a) Meeting Date: | 08/19/2015 |
| | | Claims Bar Date: | 08/15/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Primary Residence commonly known as 2064 Nichols, Lynwood, IL 60411 | $250,000.00 | $0.00 | | $0.00 | FA |
| 2 | Investment property commonly known as 14327 Dobson Avenue, Dolton, IL 60419 | $25,000.00 | $0.00 | | $0.00 | FA |
| 3 | Checking account with synergy credit union. | $400.00 | $0.00 | | $0.00 | FA |
| 4 | Checking account with Bank of America (8080) | $2,500.00 | $293.06 | | $293.06 | FA |
| 5 | Savings Account with Bank of America (4766) | $80.00 | $3,233.75 | | $3,233.75 | FA |
| 6 | Household goods and furnishings | $1,000.00 | $0.00 | | $0.00 | FA |
| 7 | Clothing and wearing apparel. | $500.00 | $0.00 | | $0.00 | FA |
| 8 | Pension with Cook County | $0.00 | $0.00 | | $0.00 | FA |
| 9 | 2011 Chevrolet Traverse with 79,000 miles in fair condition. | $13,809.00 | $0.00 | | $0.00 | FA |
| 10 | 2008 Toyota Sequoia with 100,000 miles. | $15,907.00 | $0.00 | | $0.00 | FA |
| | **Asset Notes:** Account statement reviewed; unscheduled lien held by Bank of America exceeds value. | | | | | |
| 11 | 2015 Federal Tax Refund (u) | $7,334.40 | $2,040.39 | | $11,263.00 | FA |
| | **Asset Notes:** Debtor's prorated portion of refund was $5,293.61, and Debtor's exemptions totaled $3,929, including $1,929 child tax credit. | | | | | |
| 12 | 2015 IL Tax Refund (u) | $0.00 | $1,061.00 | | $563.93 | FA |
| | **Asset Notes:** Debtor's pro-rated portion: $497.07 | | | | | |
| 13 | IL Unclaimed Funds (6399371) (u) | $0.00 | $354.29 | | $354.29 | FA |
| | **Asset Notes:** Submitted 12/22/16 (6399371) | | | | | |
| 14 | Bank of America Checking (2715) (u) | $0.00 | $1,400.95 | | $1,400.95 | FA |
| 15 | First Midwest Checking (8601) (u) | $0.00 | $140.20 | | $140.20 | FA |
| 16 | Bank of America Checking (3991) (u) | $0.00 | $215.04 | | $215.04 | FA |
| 17 | Bank of America Checking (5100) (u) | $0.00 | $244.38 | | $244.38 | FA |
| 18 | First National Checking (1075) (u) | $0.00 | $1,256.21 | | $1,256.21 | FA |
| 19 | PNC Checking (1862) (u) | $0.00 | $250.00 | | $250.00 | FA |

**TOTALS (Excluding unknown value)**

| | | | | **Gross Value of Remaining Assets** |
|---|---|---|---|---|
| $316,530.40 | $10,489.27 | | $19,214.81 | $0.00 |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No: 2          Exhibit 8

| Case No.: | 15-23827-PSH | Trustee Name: | David Leibowitz |
| Case Name: | FRAZIER, JOHN | Date Filed (f) or Converted (c): | 07/13/2015 (f) |
| For the Period Ending: | 3/6/2018 | §341(a) Meeting Date: | 08/19/2015 |
| | | Claims Bar Date: | 08/15/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

**Major Activities affecting case closing:**

06/30/2017   2017 Reporting Period:

Upon review of the limited bank statements initially provided by Debtor, the Trustee ascertained that Debtor maintained a total of six (6) unscheduled bank accounts. Debtor did not respond to Trustee's requests for turnover of the statements for these accounts, so the Trustee filed a motion for turnover of the documents.

Once the statements were turned over and reviewed, the Trustee was granted a second order for turnover of the $7,597.52 in non-exempt funds in those undisclosed accounts as of the petition date and Debtor's non-exempt 2015 state tax refund.

Debtor completed his payment plan on 6/30/17.

Upon receipt of unclaimed funds from the State of IL, case will be ready for TFR.

| Initial Projected Date Of Final Report (TFR): | 01/31/2017 | Current Projected Date Of Final Report (TFR): | 10/31/2017 | /s/ DAVID LEIBOWITZ |
| | | | | DAVID LEIBOWITZ |

**FORM 2**

Page No: 1   Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 15-23827-PSH | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | FRAZIER, JOHN | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***5260 | Checking Acct #: | ******2701 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 7/13/2015 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 3/6/2018 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 05/12/2016 | | United States Treasury | Income Tax Refund | * | $11,263.00 | | $11,263.00 |
| | {11} | | Estate portion of 2015 tax refund   $2,040.39 | 1224-000 | | | $11,263.00 |
| | {11} | | Debtor's pro-rated portion of 2015 tax refund   $5,293.61 | 1280-002 | | | $11,263.00 |
| | {11} | | Exempted portion of 2015 tax refund   $3,929.00 | 1280-002 | | | $11,263.00 |
| 05/25/2016 | 3001 | JOHN FRAZIER | Non Estate portion of Income Tax Refund | 8500-002 | | $5,293.61 | $5,969.39 |
| 05/31/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $11.13 | $5,958.26 |
| 05/31/2016 | 3002 | JOHN FRAZIER | Exempt portion of 2015 tax refund | 8100-002 | | $3,929.00 | $2,029.26 |
| 06/30/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $9.58 | $2,019.68 |
| 07/29/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $3.25 | $2,016.43 |
| 08/31/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $3.25 | $2,013.18 |
| 09/30/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $3.35 | $2,009.83 |
| 10/31/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $3.03 | $2,006.80 |
| 11/30/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $3.13 | $2,003.67 |
| 12/30/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $3.23 | $2,000.44 |
| 01/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $3.22 | $1,997.22 |
| 02/28/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $2.91 | $1,994.31 |
| 03/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $3.42 | $1,990.89 |
| 04/07/2017 | | FRAZIER, JOHN | Payments for non-exempt funds in bank accounts & pro-rated 2015 IL tax refund | * | $200.00 | | $2,190.89 |
| | {4} | | Payment 1 of 4   $7.72 | 1129-000 | | | $2,190.89 |
| | {5} | | Payment 1 of 4   $85.12 | 1129-000 | | | $2,190.89 |
| | {12} | | Payment 1 of 4   $14.84 | 1224-000 | | | $2,190.89 |
| | {14} | | Payment 1 of 4   $36.88 | 1229-000 | | | $2,190.89 |
| | {15} | | Payment 1 of 4   $3.70 | 1229-000 | | | $2,190.89 |
| | {16} | | Payment 1 of 4   $5.66 | 1229-000 | | | $2,190.89 |
| | {17} | | Payment 1 of 4   $6.44 | 1229-000 | | | $2,190.89 |
| | {18} | | Payment 1 of 4   $33.06 | 1229-000 | | | $2,190.89 |
| | {19} | | Payment 1 of 4   $6.58 | 1229-000 | | | $2,190.89 |

**SUBTOTALS** $11,463.00   $9,272.11

**FORM 2** Page No: 2     Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 15-23827-PSH | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | FRAZIER, JOHN | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***5260 | Checking Acct #: | ******2701 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 7/13/2015 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 3/6/2018 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 04/28/2017 | | Green Bank | Bank Service Fee | | 2600-000 | | $3.15 | $2,187.74 |
| 05/01/2017 | | FRAZIER, JOHN | Payments for non-exempt funds in bank accounts & pro-rated 2015 IL tax refund | | * | $200.00 | | $2,387.74 |
| | {4} | | Payment 2 of 4 | $7.72 | 1129-000 | | | $2,387.74 |
| | {5} | | Payment 2 of 4 | $85.12 | 1129-000 | | | $2,387.74 |
| | {12} | | Payment 2 of 4 | $14.84 | 1224-000 | | | $2,387.74 |
| | {14} | | Payment 2 of 4 | $36.88 | 1229-000 | | | $2,387.74 |
| | {15} | | Payment 2 of 4 | $3.70 | 1229-000 | | | $2,387.74 |
| | {16} | | Payment 2 of 4 | $5.66 | 1229-000 | | | $2,387.74 |
| | {17} | | Payment 2 of 4 | $6.44 | 1229-000 | | | $2,387.74 |
| | {18} | | Payment 2 of 4 | $33.06 | 1229-000 | | | $2,387.74 |
| | {19} | | Payment 2 of 4 | $6.58 | 1229-000 | | | $2,387.74 |
| 05/18/2017 | | FRAZIER, JOHN | Payments for non-exempt funds in bank accounts & pro-rated 2015 IL tax refund | | * | $7,050.00 | | $9,437.74 |
| | {4} | | Payment 3 of 4 | $272.13 | 1129-000 | | | $9,437.74 |
| | {5} | | Payment 3 of 4 | $3,000.48 | 1129-000 | | | $9,437.74 |
| | {12} | | Payment 3 of 4 | $523.11 | 1224-000 | | | $9,437.74 |
| | {14} | | Payment 3 of 4 | $1,300.02 | 1229-000 | | | $9,437.74 |
| | {15} | | Payment 3 of 4 | $130.42 | 1229-000 | | | $9,437.74 |
| | {16} | | Payment 3 of 4 | $199.52 | 1229-000 | | | $9,437.74 |
| | {17} | | Payment 3 of 4 | $227.01 | 1229-000 | | | $9,437.74 |
| | {18} | | Payment 3 of 4 | $1,165.37 | 1229-000 | | | $9,437.74 |
| | {19} | | Payment 3 of 4 | $231.94 | 1229-000 | | | $9,437.74 |
| 05/31/2017 | | Green Bank | Bank Service Fee | | 2600-000 | | $8.61 | $9,429.13 |

**SUBTOTALS**     $7,250.00     $11.76

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 15-23827-PSH | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | FRAZIER, JOHN | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***5260 | Checking Acct #: | ******2701 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 7/13/2015 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 3/6/2018 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/30/2017 | | FRAZIER, JOHN | Payments for non-exempt funds in bank accounts & pro-rated 2015 IL tax refund | * | $147.52 | | $9,576.65 |
| | {4} | | Payment 4 of 4 $5.49 | 1129-000 | | | $9,576.65 |
| | {5} | | Payment 4 of 4 $63.03 | 1129-000 | | | $9,576.65 |
| | {12} | | Payment 4 of 4 $11.14 | 1224-000 | | | $9,576.65 |
| | {14} | | Payment 4 of 4 $27.17 | 1229-000 | | | $9,576.65 |
| | {15} | | Payment 4 of 4 $2.38 | 1229-000 | | | $9,576.65 |
| | {16} | | Payment 4 of 4 $4.20 | 1229-000 | | | $9,576.65 |
| | {17} | | Payment 4 of 4 $4.49 | 1229-000 | | | $9,576.65 |
| | {18} | | Payment 4 of 4 $24.72 | 1229-000 | | | $9,576.65 |
| | {19} | | Payment 4 of 4 $4.90 | 1229-000 | | | $9,576.65 |
| 06/30/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $15.72 | $9,560.93 |
| 07/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $14.43 | $9,546.50 |
| 08/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $15.40 | $9,531.10 |
| 09/29/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $15.38 | $9,515.72 |
| 10/19/2017 | (13) | State of Illinois - Comptroller | Illinois Unclaimed Funds | 1229-000 | $354.29 | | $9,870.01 |
| 12/21/2017 | 3003 | David P. Leibowitz | Trustee Expenses | 2200-000 | | $19.46 | $9,850.55 |
| 12/21/2017 | 3004 | David P. Leibowitz | Trustee Compensation | 2100-000 | | $1,749.22 | $8,101.33 |
| 12/21/2017 | 3005 | Lakelaw | Claim #: ; Amount Claimed: $1,895.00; Distribution Dividend: 100.00%; | 3110-000 | | $1,895.00 | $6,206.33 |
| 12/21/2017 | 3006 | Lakelaw | Claim #: ; Amount Claimed: $3.34; Distribution Dividend: 100.00%; | 3120-000 | | $3.34 | $6,202.99 |
| 12/21/2017 | 3007 | Discover Bank | Claim #: 1; Amount Claimed: $620.08; Distribution Dividend: 100.00%; | 7100-900 | | $620.08 | $5,582.91 |
| 12/21/2017 | 3008 | Capital One Bank (USA), N.A. | Claim #: 2; Amount Claimed: $256.41; Distribution Dividend: 100.00%; | 7100-900 | | $256.41 | $5,326.50 |
| 12/21/2017 | 3009 | Democracy Capital Successor in Interest to American Bank | Claim #: 3; Amount Claimed: $41,243.89; Distribution Dividend: 12.91%; | 7200-000 | | $5,326.50 | $0.00 |

| | | | **SUBTOTALS** | | $501.81 | $9,930.94 | |

FORM 2

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 4     Exhibit 9

| Case No. | 15-23827-PSH | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | FRAZIER, JOHN | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***5260 | Checking Acct #: | ******2701 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 7/13/2015 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 3/6/2018 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | **TOTALS:** | | $19,214.81 | $19,214.81 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $19,214.81 | $19,214.81 | |
| | | | **Less: Payments to debtors** | | $0.00 | $3,929.00 | |
| | | | **Net** | | $19,214.81 | $15,285.81 | |

**For the period of 7/13/2015 to 3/6/2018**

| | |
|---|---|
| Total Compensable Receipts: | $9,992.20 |
| Total Non-Compensable Receipts: | $9,222.61 |
| Total Comp/Non Comp Receipts: | $19,214.81 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $9,992.20 |
| Total Non-Compensable Disbursements: | $9,222.61 |
| Total Comp/Non Comp Disbursements: | $19,214.81 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 05/12/2016 to 3/6/2018**

| | |
|---|---|
| Total Compensable Receipts: | $9,992.20 |
| Total Non-Compensable Receipts: | $9,222.61 |
| Total Comp/Non Comp Receipts: | $19,214.81 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $9,992.20 |
| Total Non-Compensable Disbursements: | $9,222.61 |
| Total Comp/Non Comp Disbursements: | $19,214.81 |
| Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 5    Exhibit 9

| Case No. | 15-23827-PSH | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | FRAZIER, JOHN | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***5260 | Checking Acct #: | ******2701 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 7/13/2015 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 3/6/2018 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
|  |  | $19,214.81 | $19,214.81 | $0.00 |

**For the period of 7/13/2015 to 3/6/2018**

| | |
|---|---|
| Total Compensable Receipts: | $9,992.20 |
| Total Non-Compensable Receipts: | $9,222.61 |
| Total Comp/Non Comp Receipts: | $19,214.81 |
| Total Internal/Transfer Receipts: | $0.00 |
| Total Compensable Disbursements: | $9,992.20 |
| Total Non-Compensable Disbursements: | $9,222.61 |
| Total Comp/Non Comp Disbursements: | $19,214.81 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 07/13/2015 to 3/6/2018**

| | |
|---|---|
| Total Compensable Receipts: | $9,992.20 |
| Total Non-Compensable Receipts: | $9,222.61 |
| Total Comp/Non Comp Receipts: | $19,214.81 |
| Total Internal/Transfer Receipts: | $0.00 |
| Total Compensable Disbursements: | $9,992.20 |
| Total Non-Compensable Disbursements: | $9,222.61 |
| Total Comp/Non Comp Disbursements: | $19,214.81 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ